HAZEL UNDERWOOD, Respondent, v. FIDELITY-PHENIX INSURANCE COMPANY OF NEW YORK, Appellant. Judgment affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEF B. SLAKTER, Respondent, v. MICHAEL KOCAJ, Appellant.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that a question of fact was presented for the determination of the jury as to whether the clause in the assignment relating to a guaranty of payment was inserted through fraud. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for modification by striking from the judgment the provision requiring plaintiff to surrender the notes upon payment of the judgment, and for affirmance as so modified, without costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOSEPHINE TALARICO, Appellant, v. NATIONAL SURETY COMPANY, Respondent. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

NEIL McPHEELY, Appellant, v. WILLIAM LESLIE, Respondent.— Judgment of the Special Term reversed on the law and facts and judgment of the Buffalo City Court affirmed, with costs of this appeal and at the Special Term, on the ground that proof on the trial presented questions of fact for the trier of the facts, the judgment is not against the weight of the evidence and there is no error of law. All concur, except Sears, P. J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THOMAS GOGGIN, Respondent, v. JULIUS KOLTAI, Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

XAVIER EGO, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that section 21 of the Railroad Law imposes no duty upon the defendant to keep its crossing sidewalks free from snow and ice. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ORLO COLE, as Administrator, etc., of FLOYD COLE, Deceased, Respondent, v. FRANCIS CALLAHAN, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN J. MACCHIA and Another, Appellants.— Motion for reargument denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.